**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 50460.

April 20, 1970.

In re: John Morris applying for writ of habeas corpus.

Writ refused. The showing made does not warrant the exercise of either our original or supervisory jurisdiction.

233 So.2d 561

**Willie W. SONNIER**

**v.**

**TRAVELERS INSURANCE COMPANY.**

No. 50476.

April 20, 1970.

In re: Willie W. Sonnier applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 231 So.2d 616.

Writ refused. Under the facts found by the Court of Appeal the result is correct.

233 So.2d 561

**Russell W. CHISHOLM, Sr.**

**v.**

**Douglas STEVENS, Adrienne Stevens and Aetna Insurance Company.**

No. 50513.

April 20, 1970.

In re: Douglas Stevens, Adrienne Stevens and Aetna Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 231 So.2d 640.

Writ refused. The case having been remanded to the trial court, the judgment is not final.

233 So.2d 561

**Claire Kirt COLEMAN**

**v.**

**LONE STAR PACKING CO., Inc.**

No. 50512.

April 20, 1970.

In re: Lone Star Packing Co., Inc. applying for certiorari, or writ of review to the Court of Appeal, First Circuit, Parish of St. Mary. 231 So.2d 721.

Writ refused. The judgment is correct.